**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LYNNETTE ELIZABETH GREEN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 8:21-cv-00030-PX |
| | * | |
| CENTRAL TOWING, INC. ET AL, | * | |
| | * | |
| Defendants. | *** | |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 13th day of February, 2023, by the United States District Court for the District of Maryland, ORDERED that:

1. JUDGMENT BE, and the same hereby IS, ENTERED in favor of Plaintiff Lynnette Elizabeth Green and against Defendants, Central Towing, Inc. and Sanjay Anand, on Plaintiff's claims under the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.*; the Maryland Wage and Hour Law, Md. Code Ann., Lab. & Emp. §§ 3-403, *et seq.*; and Maryland Wage Payment and Collection Law, Md. Code Ann., Lab. & Emp. §§ 3-501, *et seq.* (ECF No. 1);

2. Plaintiff Lynnette Elizabeth Green is awarded $76,181 in back wages and $152,362 in treble damages for a total award of $228,543;

3. Plaintiff Lynnette Elizabeth Green may file a petition for attorneys' fees and costs within FOURTEEN (14) DAYS of the issuance of this Order; and

4. The Clerk shall TRANSMIT copies of the Memorandum Opinion and this Order to the parties and CLOSE this case.

| | |
|---|---|
| February 13, 2023 | /s/ |
| Date | Paula Xinis |
| | United States District Judge |