IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LYNNETTE ELIZABETH GREEN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 8:21-cv-00030-PX |
| | * | |
| CENTRAL TOWING, INC. *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | *** | |

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 5th day of April, 2023, by the United States District Court for the District of Maryland, ORDERED that:

1. The Motion for Attorneys' Fees and Costs (ECF Nos. 52 & 53) filed by Plaintiff Lynnette Elizabeth Green BE, and the same hereby IS, GRANTED;

2. Plaintiff Lynnette Elizabeth Green is awarded $66,654.00 in attorneys' fees and costs;

3. The Clerk shall TRANSMIT copies of the Memorandum Opinion and this Order to the parties; and

4. The Clerk shall CLOSE this case.

April 5, 2023
Date

/s/
Paula Xinis
United States District Judge